```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :   Indictment
                                    :
              - v. -                :   22 Cr. 686
                                    :
JOSEPH LEWIS,                       :
                                    :
              Defendant.            :
                                    :
------------------------------------X
```

**COUNT ONE**
**(Unlawful Possession of Firearm)**

The Grand Jury charges:

1. On or about November 15, 2022, in the Southern District of New York, JOSEPH LEWIS, the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess a firearm, to wit, a .22 caliber derringer pistol, and the firearm was in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g).

(Title 18, United States Code, Section 922(g).)


_____          _____
FOREPERSON                               DAMIAN WILLIAMS
                                         United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

v.

**JOSEPH LEWIS,**

Defendant.

**INDICTMENT**

22 Cr.

(18 U.S.C. § 922(g))

DAMIAN WILLIAMS
United States Attorney

_____
Foreperson

Maj Wickstrom